MARY PLATTO et al., Appellants, *v.* BERTHA STIER, Respondent, et al., Defendants.

Argued October 3, 1955; decided October 20, 1955.

*Herbert L. Fine, Harry Zeitlan* and *Murray Eisenberg* for appellants.

*Samuel E. Swiggett* for Bertha Stier, respondent.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.